**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-7634**

———————

ROBERT J. CAPROOD,

Petitioner - Appellant,

versus

LAURIE F. BESSINGER, Warden; CHARLES CONDON,
Attorney General of the State of South
Carolina,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Cameron McGowan Currie, District
Judge.  (CA-97-295-22BD)

———————

Submitted:  May 28, 1998              Decided:  June 9, 1998

———————

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert J. Caprood, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert J. Caprood seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny Caprood's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. Caprood v. Bessinger, No. CA-97-295-22BD (D.S.C. Oct. 16, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2